*I, CATHY S. LUSK, Clerk of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Aaron Jordan, Michael Jordan, Heather Jordan, Gilbert Jordan, Phyllis Ann Woods and Donna Joyce Curtis, Plaintiffs in the trial court secured an extension of thirty-six (36) days in which to file Appellants' Brief in the following numbered and entitled cause:*

**Aaron Jordan, Michael Jordan, Heather Jordan, Gilbert Jordan, Phyllis Ann Woods and Donna Joyce Curtis**

**No. 12-13-00035-CV**          ***vs.***

**Cynthia Kay Lyles**

*This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.*

*WITNESS MY HAND and seal of said Court at Tyler, Texas, this 26th day of May 2015, A.D.*

Respectfully yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk